[No. 6792–7–II.   Division Two.   June 25, 1984.]

JERRY RAYMOND COWART, ET AL, *Appellants,* v. MANSON
CONSTRUCTION AND ENGINEERING COMPANY,
*Respondent.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 82–2–00007–4, John H. Kirkwood, J.,
entered December 20, 1982. *Reversed* and *remanded* by
unpublished opinion per Petrich, C.J., concurred in by

Petrie and Reed, JJ.